UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Dante McAllister

                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21-cr- 178

Defendant Dante Mc Allister hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐      Initial Appearance Before a Judicial Officer

☒      Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐      Guilty Plea/Change of Plea Hearing

☐      Bail/Detention Hearing

☐      Conference Before a Judicial Officer - Assignment of Counsel

(During a videoconference on March 10, 2021, Mr. McAllister authorized Benjamin Gold to affix his electronic signature on this form)

_Dante McAllister_                           _Ben G_
Defendant's Signature                    Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Dante McAllister                       Benjamin Gold
Print Defendant's Name                 Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_3/15/21_
Date

U.S. District Judge/U.S. Magistrate Judge