UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,                         **CONSENT TO PROCEED BY VIDEO OR
                                                  TELE CONFERENCE**

        -against-

                                                                                                                21   -CR- 178( )( )

Dante Mcallister

                                Defendant(s).

-----------------------------------------------------------------X

Defendant ___Dante Mcallister_____ hereby voluntarily consents to
participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

____     Initial Appearance Before a Judicial Officer

____     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
           Indictment Form)

____     Bail/Detention Hearing

_X_     Conference Before a Judicial Officer  and Plea, currently scheduled for April 27, 2021

     (On April 15, 2021, Mr. Mcallister authorized Benjamin Gold
     to electronically sign this form on his behalf)

*Dante Mcallister*                                                          *Ben G*
_____        _____
Defendant's Signature                              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Dante Mcallister_____        Benjamin Gold_____
Print Defendant's Name                          Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___4/27/21_____         _____
Date                                   U.S. District Judge/U.S. Magistrate Judge