

**U.S. Department of Justice**

Application granted. The June 16, 2026 VOSR status conference is adjourned to July 21, 2026 at 12:30 p.m. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 36).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
June 15, 2026

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and
300 Quarropas Street
White Plains, New York 10601

Re:    ***United States v. McAllister*, 21 Cr. 178 (PMH)**

Dear Judge Halpern:

The Government respectfully requests an adjournment of the conference scheduled for June 16, 2026 in this matter.  Defense counsel consents to this request.

As background, defendant Dante McAllister is charged in a two-specification violation of supervised release petition dated May 12, 2026.  On May 21, 2026, McAllister was arraigned on this petition.  The Court then set a status conference for June 16, 2026.

Upon discussion, the parties do not presently have substantive issues to raise before the Court.  Accordingly, the Government requests an adjournment of the June 16, 2026 conference to July 21, 2026 after 12:00 pm.

Very truly yours,

JAY CLAYTON
United States Attorney

by: _____
John Wynne
Assistant United States Attorney
(914) 993-1921

cc: Ben Gold, Esq. (by ECF)