**U.S. Department of Justice**

Application granted. The July 21, 2026 VOSR status conference is adjourned to August 12, 2026 at 10:00 a.m. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 38).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 20, 2026

**BY ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and
300 Quarropas Street
White Plains, New York 10601

Re: ***United States v. McAllister*, 21 Cr. 178 (PMH)**

Dear Judge Halpern:

The Government respectfully requests an adjournment of the conference scheduled for July 21, 2026 in this matter. Defense counsel consents to this request.

As background, defendant Dante McAllister is charged in a two-specification violation of supervised release petition dated May 12, 2026. On May 21, 2026, McAllister was arraigned on this petition. Currently, the parties are engaged in discussions to potentially dispose of this matter short of a hearing and require additional time for these discussions.

Accordingly, the Government requests an adjournment of the July 21, 2026 conference to August 12, 2026.

Very truly yours,

JAY CLAYTON
United States Attorney

by: ______________________________
John Wynne
Assistant United States Attorney
(914) 993-1921

cc: Ben Gold, Esq. (by ECF)