UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA :

v. :

DANTE MCALLISTER, :

Defendant. :

---------------------------------------------------------------x

**SCHEDULING ORDER**

21-cr-00178 (PMH)

The VOSR Status Conference scheduled for August 12, 2026 is converted to an admissions hearing and adjourned to August 18, 2026 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
August 12, 2026

Philip M. Halpern
United States District Judge